**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1140

THOMAS H. MEEKER,

Plaintiff - Appellant,

versus

USAIR, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  H. Brent McKnight, Magistrate Judge.  (CA-94-216-3-MCK)

Submitted:  July 25, 1996          Decided:  August 7, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas H. Meeker, Appellant Pro Se.  David Betts Hamilton, Amy Yager Jenkins, PETREE STOCKTON, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order granting Defendant's motion for summary judgment in this employment discrimination action. See 28 U.S.C.A. § 636(c) (West 1993). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Meeker v. USAIR, Inc., No. CA-94-216-3-MCK (W.D.N.C. Jan. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED